IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELIGIO ROMERO BACALLAO, JR.,

    Petitioner,

  v.                                                           Case No. 18-cv-403-bbc

BRIAN FOSTER,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Eligio Romero Bacallao, Jr.'s motion for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 11/8/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |